ANDREWS & THORNTON
ANNE ANDREWS (103280)
JOHN C. THORNTON (84492)
SEAN THOMAS HIGGINS (266888)
2 Corporate Park, Suite 110
Irvine, CA 92602
Telephone: 949/748-1000
949/315-3540 (fax)
aa@andrewsthornton.com
jct@andrewsthornton.com
shiggins@andrewsthornton.com

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
600 B Street, Suite 1550
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER HILKEN, On Behalf of Himself, All Others Similarly Situated and the General Public,

Plaintiff,

v.

USPLABS, LLC and GNC CORPORATION,

Defendants.

Case No.: 3:12-CV-02123-CAB-MDD

CLASS ACTION

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS USPLABS, LLC AND GNC CORPORATION

Pursuant to federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Christopher Hilken, on behalf of himself, all others similarly situated and the general public, hereby dismisses without prejudice all claims made in such case against Defendants USPLabs, LLC and GNC Corporation.

Dated: September 4, 2012

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)

By: */s/ Timothy G. Blood*
TIMOTHY G. BLOOD

701 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101
tblood@bholaw.com
toreardon@bholaw.com

ANDREWS & THORNTON
ANNE ANDREWS (103280)
JOHN C. THORNTON (84492)
SEAN THOMAS HIGGINS (266888)
2 Corporate Park, Suite 110
Irvine, CA 92602
Telephone: 949/748-1000
949/315-3540 (fax)
aa@andrewsthornton.com
jct@andrewsthornton.com
shiggins@andrewsthornton.com

CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed September 4, 2012.

*/s/ Timothy G. Blood*

TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

BLOOD HURST & O'REARDON, LLP